Robert Csach

Name  P.O. Box 7000

Carson City, NV

84702

Prison Number 51121

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Robert Csech
,
                                Plaintiff,

vs.

James Dzurenda
,

Warden Isidro Baca
,

_____,

_____,

_____,
                                Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. _____
            (To be supplied by the Clerk)


CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

" Exception Rule "
williams vs. Paramo 775 F3d 1182

## A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Robert Csech ,
                                                    (Print Plaintiff's name)

who presently resides at Carson City , NV , were

violated by the actions of the below named individuals which were directed against

Plaintiff at Northern Nevada Correctional cntr on the following dates
              (institution/city where violation occurred)

Since
April 5, 2019 , _____, and _____.
      (Count I)              (Count II)              (Count III)

Revised 10-7-16

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>Isidro Baca</u> resides at <u>Place of business</u> <u>1721 E snyder Ave Carson city, NV</u>
          (full name of first defendant)                   (address if first defendant)

and is employed as <u>Warden</u>. This defendant is sued in his/her
                  (defendant's position and title, if any)

   <u>✓</u> individual <u>   </u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

3) Defendant <u>James Dzuronda</u> resides at <u>5500 Snyder Ave Bldg 17 Carson city, NV</u>
          (full name of first defendant)                   (address if first defendant)

and is employed as <u>Director</u>. This defendant is sued in his/her
                  (defendant's position and title, if any)

   <u>✓</u> individual <u>   </u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

4) Defendant _____ resides at _____,
          (full name of first defendant)                   (address if first defendant)

and is employed as _____. This defendant is sued in his/her
                  (defendant's position and title, if any)

   <u>   </u> individual <u>   </u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

5) Defendant _____ resides at _____,
          (full name of first defendant)                   (address if first defendant)

and is employed as _____. This defendant is sued in his/her
                  (defendant's position and title, if any)

   <u>   </u> individual <u>   </u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

6) Defendant _____ resides at _____,
           (full name of first defendant)          (address if first defendant)

and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)

___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _____

_____


7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

8th Amendment Torture Maliciously, intentionally

Imminent Danger Exception Rule williams vs ParaMo 775 F3d 1182

- - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

Have not been allowed to seek, obtain
Medical Attention - Treatment
Since Substantial bodily harm was
inflicted - done !

And the Director had Personally previously
Concurred about I Plaintiff having
Brain Damage - Injury yet the Director in
Actual Knowledge James Dzurenda in Cooperation with
Wardens as Supervisor and Failed to Remedy
Baca to Further Allow Brain Damage - injury on
April 5, 2019 and since April 5, 2019

- - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

## C. CAUSE OF ACTION

### COUNT I

The following       rights have been violated: 8th Amendment

denial of Any and All Access to medical intentionally, maliciously not Since both Defendents were Personally Knowing!

Supporting Fact: [ Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights ].

I the plaintiff have been unable to Request, seek, or obtatian much Needed Access to Medical Attention - Treatment of Strangulation by Correctional Officer April 5, 2019 Since was Threatened by Sgt with "Present" Warden Isidro Baca! I have and do Suffer Substantial bodily harm Arm, Legs movement Loss and Loss of eyes further Brain damage. "Was Threatened No more paper work" You Know what I mean over and over: Therefor I unable to Medical Attention due to Threats of medical on April 5, 2019!

James Dzurenda Since May 2016 has Specifically been Aware of Brain Damage - Injury of I Plaintiff yet James Dzurenda has Failed to Correct with warden Isidro Baca and James Dzurenda has been also therefore, Gross Negligent in Supervising warden Isidro Baca!!

4

## COUNT II

The following civil rights has been violated: _____

_____

_____


     Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## COUNT III

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ____ Yes  _√_ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)     Defendants: _Sorry, I don't remember_____

b)     Name of court and docket number: _____

c)     Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)     Issues raised: _____

_____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** _✓_ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____ _Sorry, I don't remember_

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous

_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

_____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _Sorry, I dot remember_____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous

_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

_____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

3)      Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ____ Yes _✓_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _because was Threatend no More_ If your answer is "Yes", provide the following information. Grievance Number _____. Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

" Strangulation is a Crime NRS 200.481 (8:)
Warden Baca was and is Completely Aware in his Presence . "

- - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Warden Isidro Baca $1.5 million Compensatory damages
                    $1.8 million Punitive damages
Director James Dzurenda $5.5 million Compensatory damages
                        $1.8 million Punitive damages

" May this Honorable U.S. Dist Court hold Defendents
Liable, Responsible . "

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Respectfully, R C se ch

_____              _____
(Name of Person who prepared or helped    (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                     April 23, 2019
                                     _____
                                     (Date)

- - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

Please for this Honorable U.S. Dist Court order
a in Court - Fair hearing as soon as able .

9

Robert Csech Sr
_____
(Name / Number)
Northern Nevada Correctional Center
Post Office Box 7000
Carson City,  NV  89702

Petitioner,  In Proper Person


# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA


Robert Csech
_____
Petitioner,

vs. Warden Isidro Baca
Director James Dzurenda
_____
Respondent.

Case No.:_____

Temporary Restraining order,
Injuctive Relief in Danger


COMES NOW, _____Robert Csech_____, Petitioner, in his proper
person, and submits the instant ___Injuctive relief, restaring order___ in the
above-entitled action.

    The instant Motion is based on all applicable rules of this Court, all papers and pleadings
on file herein, as well as the following Memorandum of Points and Authorities.

    Respectfully submitted this __April__ day of __23__, 2018.9

Respactfully,
RobertCsech
_____
Petitioner, In Proper Person

"Exhibit A is also
Attached for Convenience
of this Honorable Court,"

1 of 4

## MEMORANDUM OF POINTS AND AUTHORITIES

James Dzurenda" The Departments Failure to investigate or Correct Constitutional violation Supports the Dist. Courts finding that there was a Policy or Custom that led to violation; Gomez vs Vernon 255 F3d 118 (9th cir)
He never did remedy the wrong since he Personally knew. And therefore also Grossly Negligent in Supervising Warden Isidro Baca.
Isidro Baca was Present during Strangulation - requiring "a Serious Medical Need yet Warden Isidro Baca approving of No More Kite Request - Access to Medical Personnel by I Plaintiff Since April 5, 2019"
that I am Severely Suffering! Farmer vs Brennan 114 Sct 1970
I am Suffering Substantial bodily harm. Estelle Gamble 97 Sct 97
Strangulation is defined as Nevada Statute 200.481 (B i)
I plaintiff have Lost Much movement of Arm, Legs and Proper breathing ability and also have Lost Some Eyesight ".
Warden Isidro Baca directly has and is Allowing this Since he participated present with Sgt on April 5, 2019!
" Therefore I plaintiff have NO Access to Medical due to Warden been in Need No type of Needed Treatment I been able to obtain ". "
Maliciously   Hudson vs. McMillian 112 Sct 995
Imminent Danger Williams vs Paramo 775 F3d 1182
And PLRA Exception   Ross vs. Blake 136 Sct 1850 0 Sct 1850
The Sgt with Warden Baca Present Stated "No More Paper work No More
You know what I mean".
as Threat !

3 of 3 "4

## Imminent Danger

On April 5, 2019 Warden Isidro Baca
Was Present when Sgt Tolotti directly
Told I the Plaintiff "No More kites,"
"No More Paperwork, You know what I mean"
he stated to I Plaintiff !
A kite is Form 2500 Used to Request
Medical Attention - Healthcare !
Therefore also on April 5, 2019
I the Plaintiff Suffered from Strangulation
by a Correction Officer Cutting off
approx 50% - 60% of Air Supply and Causing
Brain Damage !!

I the Plaintiff am Unable Request
Seek Medical Attention that I
desperately Need have Needed - Do Need
due to being directly told - Threatend
"No More kites"
in the Presence of Warden Isidro Baca
over and over while I was Strangled
, Severly Suffering !!

The Pressure at the Base of My Brain
against Skull (Swelling) and the Upper
side of My Left Face has been
Great Bodily Harm intentional and Remains
I'm still Severly Suffering from Effects !!

Imminent Danger

Again I'm unable I desperately say to Request
Seek Medical Attention Primarily due to
Warden Isidro Baca of April 5, 2019
He is the one Under Director James Dzurenda
of the execution of All Polices and enforcement
of All regulations Pertaining to Care of offenders
Nevada R Statute 209.161

Director James Dzurenda is Responsible of and for
Warden Isidro Baca and to Supervise the Administration
of All instivtins and to Protect the Care of
All offenders in Cooperation with Warden Isidro Baca
Nevada R Statute 209.131

" In May 2016 Director Dzurenda on behalf of
ms. Ronda Larsen had Specifically Concurred with
I the Plaintiff Regarding Brain Injury !! "
I the Plaintiff indeed have Documented Proof !
However Director James Dzurenda has Failed to
protect and Care intentionally and has Allowed Warden Isidro
Baca to be Present April 5 2019 with Correctional officer Haine
to cause Great bodily Harm - Braindamage

" That I since been unable to Request, seek, obtain Medical Attention
Treatment since day of Strangulation "

Dated this __April__ day of __23__, 20 __19__          Respectfully,

By: _Reseech Sizl_

_Plaintiff_

Mat this Hnorable Court please
Grant Restaining order and
    Injctive Relief for Healthcare
b4 "Independant medical Personel" Access
, and a Hearing there at U.S. Dist Court
    of Rule 65 Fed civ Rule Proc              Thank you !

-3-

Plese Read
All Below

# EXHIBIT ___A___

I Plaintiff was in Procedure which was Proper as Ronda Larsen Answered on behalf of James Dzurenda.

I Plaintiff do not Seek amount of Remedy of this Exhibit A # 20063019187

by this Honorable U.S Dist court

, however, this Exhibit A is to show and Prove that Director James Dzurenda Failed to Act and Failed to Supervise Warden Isidro Baca about Brain Injury of I Plaintiff therefore James Dzurenda Allowed Isidro Baca as Participant to Further Knowingly Damage Plaintiff Brain !!



**Board of State**
**Prison Commissioners**

**BRIAN SANDOVAL**
*Governor*
**ADAM LAXALT**
*Attorney General*
**BARBARA CEGAVSKE**
*Secretary of State*

## STATE OF NEVADA
## DEPARTMENT OF CORRECTIONS

**BRIAN SANDO**
*Governor*

**James Dzure**
*Director*

Northern Administration
P.O. Box 7011, Carson City, NV 89702
Phone: (775) 887-3367 · Fax: (775) 887-3253

Southern Administration
3955 W. Russell Rd., Las Vegas, NV 89118
Phone: (702) 486-9938 · Fax: (702) 486-9961

May 19, 2016

NNCC
Robert Csech #51121

Your letter to Governor Brian Sandoval dated 4/5/16 was received and referred to
the Nevada Department of Corrections for response.

Director Dzurenda received your correspondence and asked me to respond.

These issues are already being address in the grievance procedure when you filed
grievance numbers 20062964922 and 20063019187; which is the proper procedure
following Administrative Regulation 740.

Grievance number 20062964922 second level was answered 12/18/14.

Informal grievance number 20063019187 was answered 3/23/16.

Sincerely,

Ronda Larsen, PO1
Family Services

Cc:  Governor Brian Sandoval