Csech, Robert
(Name)
5112l
(ID Number)
Northern Nevada Correctional Center
Post Office Box 7000
Carson City, NV 89702

Plaintiff, In Proper Person

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Robert Csech,
              Plaintiff,

vs.

Dzurenda et al,
              Defendants,

Case No.: 3:19 cv 00210

Fraud Intentional by Council

COMES NOW, Robert Csech, in his proper person, and submits the instant Fraud motion in the above-entitled action.

The instant Motion is based on all applicable rules of this Court, all papers and pleadings on file herein, as well as the following Facts and Points and Authorities.

Respectfully submitted this 24th day of September, 2020.

Robert Csech
Plaintiff, In Proper Person

On 3/3/2020 the Complaint in 3:19cv00210 was Filed by Plaintiff Please See Doc. 4

On 3/24/2020 the Notice of Appearance in 3:19cv00210 was Filed by S. Paul Edwards on behalf of Isidro Baca Please See Doc. 6

On 8/4/2020 "Fraud", Illegal Actions was ~~Fit~~ Filed in part due to S. Paul Edwars Please See Doc. 14 and 15.

Then on 8/31/2020 a Notice of change Please See Doc. 18

Therefore Under United States District Court Local Rule LR IA 11-6 "C" Substitution ~~has~~ has the Same meaning as "Notice of Change" by Definition.

Therefore Fraud of Doc. 18 it wasn't Approved by this Honorable Court by Local Rule IA 11-6 "C"! Doug Rands Substituded himself for S. Poul Edwards. This Honorable Court did Not Grant/Approve, therefore, Doc 18 is Fraud and Void!

Dated this 24 day of September, 2020

Therefore see Under U.S. Dist Court Local Rule IA 11-7(a) Thank you.

Respectfully,

By: Rsech
Robert Csech

**AFFIDAVIT**

State of Nevada)
: ss.
Carson City  )

I, Robert Csech, the undersigned, do hereby swear under penalty of perjury that the following assertions are true and correct to the best of my knowledge:

1. Under United States District Court LR IA 11-6 "c" : "Substitution" has the same meaning as "change" of Notice   See Document 18. Therefore Fraud of Doc. 18, it wasn't Approved por U.S. Dist Court LR IA 11-6 "c"! And U.S. Dist Court LR IA 11-7(a)! Doug Rands Substituted himself for S. Paul Edwards ! with Intent! This Honorable Court did Not Grant/Approve therefore Document 18 is Fraud, Void! Integrity Matters !! In a World of "Divisions" by Many in our Country America I'm on the Side of Justice! Thank you!

Executed on this 24 day of September, 2020, at Northern Nevada Correctional Center, Carson City, Nevada, under penalty of perjury in accordance with Nevada Revised Statute 208.165. (Execution of instrument by a prisoner)

Respectfully Plaintiff
R Csech
(Signature)