
AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT CSECH, | Case No. 3:19-cv-00210-MMD-WGC |
| Plaintiff, | |
| vs. | **REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

**NOTE:  ONLY THE OFFICE OF THE ATTORNEY GENERAL SHALL FILE THIS FORM. THE INMATE PLAINTIFF SHALL NOT FILE THIS FORM**

On March 3, 2020, the Court issued its Order (ECF No. 3) stating that it had conducted its screening pursuant to 28 U.S.C. § 1915A, and that certain specified claims in this case would proceed. The Court ordered the Office of the Attorney General of the State of Nevada to file a report ninety (90) days after the date of the entry of the Court's Screening Order to indicate the status of the case at the end of the 90-day stay. ECF No. 3 at 6. By filing this form, the Office of the Attorney General hereby complies.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**REPORT FORM**

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case: The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature block.]

    ____    A mediation session with a court-appointed mediator was held on _____, and as of this date, the parties have reached a settlement (even if paperwork to memorialize the settlement remains to be completed). (If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.)

    _XX_    A mediation session with a court-appointed mediator was held on _09/22/2020_, and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

    ____    No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. (If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.)

    ____    No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for _____ [enter date].

    ____    No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session.

    ____    None of the above five statements describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

**Situation Two: Informal Settlement Discussions Case: The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations.** [If this statement is accurate, check **ONE** of the four statements below and fill in any additional information as required, then proceed to the signature block.]

    ____    The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (even if the paperwork to memorialize the settlement remains to be completed). (If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.)

///

///

2

|   |   |
|---|---|
| \_\_\_\_ | The parties engaged in settlement discussions and as of this date, the parties have not reached a settlement.  The office of the Attorney General therefore informs the court of its intent to proceed with this action. |
| \_\_\_\_ | The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement.  The office of the Attorney General therefore informs the Court of its intent to proceed with this action. |
| \_\_\_\_ | None of the above three statements fully describes the status of this case.  Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case. |

Submitted this 27th day of October, 2020 by:

Attorney Name: Douglas R. Rands

Signature

Address:   Office of the Attorney General
           Public Safety Division
           100 N. Carson Street
           Carson City, NV  89701-4717

Phone: (775) 684-1150
Email: drands@ag.nv.gov

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of October, 2020, I caused to be served, a true and correct copy of the foregoing, **REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY CAPTION**, by U.S. District Court CM/ECF Electronic Filing on the following:

Robert Csech #51121
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*Roberta W. Blee*
An employee of the
Office of the Attorney General