UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CSECH, | Case No.  3:19-cv-00210-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| JAMES DZURENDA et al., | |
| Defendants | |

On March 3, 2020, the Court stayed the case and stated that no pleadings or papers may be filed in the case until the Court lifts the stay.  (ECF No. 3 at 6).  On May 19, 2020, the Court reiterated that no other pleadings or papers may be filed in the case until the Court lifts the stay.  (ECF No. 8).

The Court has not lifted the stay.  Despite this, Plaintiff has filed multiple miscellaneous motions (ECF Nos. 12, 14, 15, 20, 24, 26, 28).  The Court denies these motions without prejudice.  If Plaintiff needs to refile these motions after the Court lifts the stay, he must file them through his pro bono counsel.  (*See* ECF No. 29).

For the foregoing reasons, it is ordered that Plaintiff's miscellaneous motions (ECF Nos. 12, 14, 15, 20, 24, 26, 28) are denied without prejudice.

DATED THIS  29th day of January 2021.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE