# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROBERT CSECH, | 3:19-cv-0210-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Nicole Levy, Esq. and the American Civil Liberties Union of Nevada has filed a motion to withdraw as appointed counsel for plaintiff, Robert Csech (ECF No. 49). The motion to withdraw as counsel (ECF No. 49) is **GRANTED**. A copy of this order and all documents hereafter filed shall be served on plaintiff via e-filing at the Northern Nevada Correctional Center.

At present, this case will proceed primarily through written briefing. The court finds that Mr. Csech is capable of handling written briefing and any necessary discovery in this case as evidenced by his many written filings. Therefore, this case will not be referred to the Pro Bono Program for reappointment of counsel.

DATED: May 12, 2021

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE