UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT CSECH, | Case No. 3:19-cv-00210-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ISIDRO BACA, | |
| Defendant. | |

*Pro se* Plaintiff Robert Csech brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla L. Baldwin (ECF No. 63), recommending the Court grant Defendant Isidro Baca's motion for summary judgment (ECF No. 54) and enter judgment accordingly. Plaintiff had until October 11, 2021, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will grant the motion for summary judgment.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

///

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Baldwin did not clearly err. Here, Judge Baldwin recommends granting Defendant's motion for summary judgment because Plaintiff did not exhaust his administrative remedies and did not present any evidence that those administrative remedies were unavailable to him. (ECF No. 63 at 8-9.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 63) is accepted and adopted in full.

It is further ordered that Defendant Isidro Baca's motion for summary judgment (ECF No. 54) is granted.

The Clerk of Court is directed to enter judgment accordingly, in Defendant's favor, and close this case.

DATED THIS 18th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE